UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AST ENTERPRISES INC. c/o TRANSBULK SHIPPING L.L.C.,

                  Plaintiff,

- against -

M/S AL-CHEMI MINES AND MINERALS a/k/a AL-CHEMIE MINES AND MINERALS,

                  Defendant.
------------------------------------------------------------------X

07 CIV 3945

07 CV _____

ECF CASE

JUDGE CROTTY

RECEIVED MAY 21 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                  NONE.

Dated: May 21, 2007
       Southport, CT

                        The Plaintiff,
                        AST ENTERPRISES INC. c/o TRANSBULK
                        SHIPPING L.L.C.

                        By: _____
                        Patrick F. Lennon (PL 2162)
                        Nancy R. Peterson (NP 2871)
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        Phone (212) 490-6050
                        Fax (212) 490-6070
                        pfl@lenmur.com
                        nrp@lenmur.com