UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AST ENTERPRISES INC. c/o TRANSBULK SHIPPING L.L.C.,

           Plaintiff,

- against -

M/S AL-CHEMI MINES AND MINERALS a/k/a AL-CHEMIE MINES AND MINERALS,

           Defendant.
------------------------------------------------------------X

07 CV 3945 (PAC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/07

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Kevin J. Lennon, sworn to on May 22, 2007, and good cause shown having been shown, it is hereby

ORDERED that Nancy R. Peterson, Kevin J. Lennon, Patrick F. Lennon, Charles E. Murphy, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant.

Dated: New York, NY
      May __, 2007

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
      DEPUTY CLERK